No. 97–9158. WILLS v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 97–9160. VICKSON v. ALFORD, SUPERINTENDENT, GULF CORRECTIONAL INSTITUTION. Sup. Ct. Fla. Certiorari denied.

No. 97–9161. SCARPELLO v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 97–9163. DUNCAN v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 97–9166. KNIGHT v. IVESTER ET AL. Ct. App. S. C. Certiorari denied.

No. 97–9167. MACIEL v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–9168. McCOY v. SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–9169. MAYBERRY v. GABRY. C. A. 6th Cir. Certiorari denied.

No. 97–9171. TUERK v. FLORIDA BOARD OF BAR EXAMINERS. Sup. Ct. Fla. Certiorari denied.

No. 97–9172. WHITE v. RIGSBY ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–9175. SIRIPONGS v. CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97–9176. TATUM v. LANHAM, COMMISSIONER, MARYLAND DIVISION OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–9177. TUDOROV v. COLAZO. C. A. 2d Cir. Certiorari denied.

No. 97–9178. MENDOZA v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–9179. ALBERTS ET UX. v. GRAY. Ct. App. Mich. Certiorari denied.